In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00067-CR


______________________________





EX PARTE: THOMAS MINTON ZORN





 


On Appeal from the County Court at Law


Rusk County, Texas


Trial Court No. 2004-05-242CR




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Appellant, Thomas Minton Zorn, has filed a motion to dismiss his appeal from the denial of
his request for bond pending appeal. The motion is signed by Zorn and by his counsel in compliance
with Rule 42.2(a) of the Texas Rules of Appellate Procedure. See Tex. R. App. P. 42.2(a). As
authorized by Rule 42.2, we grant the motion. See Tex. R. App. P. 42.2.

 Accordingly, we dismiss the appeal.



 Bailey C. Moseley

 Justice


Date Submitted: May 13, 2008

Date Decided: May 14, 2008


Do Not Publish